| |
|---|
| **Infinity Auto Ins. Co. v Chalen-Hernandez** |
| 2026 NY Slip Op 30990(U) |
| March 16, 2026 |
| Supreme Court, New York County |
| Docket Number: Index No. 156383/2024 |
| Judge: Emily Morales-Minerva |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:      **HON. EMILY MORALES-MINERVA**          PART              **42M**

*Justice*

------------------------------------------------------------------------X

INFINITY AUTO INSURANCE COMPANY,

                                Plaintiff,

                            - v -

VICTOR CHALEN-HERNANDEZ, XIOMARA GARCIA,
ACTIVE MOTION CHIROPRACTIC, PC,ACE MED
SUPPLIES, INC, ADVANCED ORTHOPEDICS AND JOINT
PRESERVATION P, AEON DIAGNOSTICS, INC, ANDREW
HALL, MD, PLLC,ANGELA ABRAMOV-PLISCHTEJEW NP-
PSYCH/ MENTAL HEALTH, AXION MED, INC, BAKHRA
SUPPLY INC, BEST CARE PHARMACY OF NEW YORK,
INC, BIG APPLE DELIVERY SUPPLY CORP, BURKE
PHYSICAL THERAPY, PC,CENTURION MIDTOWN
ANESTHESIA PLLC,CR MEDICAL CARE, PLLC,FLEXMED
SUPPLY INC, FOUR SQUARE PHYSICAL THERAPY,
PC,FRESH POND PHARMACY, INC, FULTON STREET
ACUPUNCTURE, PC,HEALTH WELLNESS MEDICAL
SERVICES, PLLC,JULES F PARISIEN, MED SUPPLY
DELIVERY SERVICE, INC, MEDEX DIAGNOSTIC AND
TREATMENT CENTER, LLC,ORTHO CHOICE INC,
NIKOROS SUPPLY, INC, PRANEVICIUS MEDICAL
PC,RAFAEL YAAKOBOV FAMILY HEALTH NP
PC,RIDGEWOOD DRUG INC, ROOSEVELT FAMILY
CHIROPRACTIC, PC,SOUTH BRONX MEDICAL
REHABILITATION, PC,STAND-UP MRI OF EAST
ELMHURST, PC,SURGIMED CARE INC, VDR SERVICES,
INC, VIOTEK MED SUPPLIES INC

                             Defendants.

------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 156383/2024 |
| MOTION DATE | 07/17/2025 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON
MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74

were read on this motion to/for             JUDGMENT - DEFAULT           .

APPEARANCES:

    Goldberg Miller & Rubin, PC, New York, NY (Victoria Tarasova,
    Esq., of counsel), for plaintiff.

156383/2024  INFINITY AUTO INSURANCE COMPANY vs. CHALEN-HERNANDEZ, VICTOR ET
AL
Motion No.  001

Page 1 of 6

[* 1]

1 of 6

EMILY MORALES-MINERVA, J.S.C.

In this action seeking a declaratory judgment, plaintiff INFINITY AUTO INSURANCE COMPANY moves, by notice of motion (sequence number 001), pursuant to CPLR § 3215, for an order granting it a default judgment against defendants VICTOR CHALEN-HERNANDEZ A/K/A VICTOR CHALEN, XIOMARA GARCIA, ACTIVE MOTION CHIROPRACTIC, PC, ADVANCED ORTHOPEDICS AND JOINT PRESERVATION PC, ANDREW HALL, MD, PLLC, BAKHRA SUPPLY INC, BEST CARE PHARMACY OF NEW YORK, INC, BIG APPLE DELIVERY SUPPLY CORP, CENTURION MIDTOWN ANESTHESIA PLLC, FOUR SQUARE PHYSICAL THERAPY, PC, FRESH POND PHARMACY, INC, FULTON STREET ACUPUNCTURE, PC, MED SUPPLY DELIVERY SERVICE, INC, ORTHO CHOICE INC, NIKOROS SUPPLY INC, PRANEVICIUS MEDICAL PC, RAFAEL YAAKOBOV FAMILY HEALTH NP INC, ROOSEVELT FAMILY CHIROPRACTIC, PC, STAND-UP MRI OF EAST ELMHURST, PC, SURGIMED CARE INC and VDR SERVICES INC.

When a defendant fails "to appear, plead or proceed to trial of an action reached and called for trial, or when the court orders a dismissal for any other neglect to proceed, the plaintiff may seek a default judgment against [the defendant]" (CPLR § 3215 [a]). To establish entitlement to a default judgment, plaintiff must file (1) proof it served defendant with the summons and complaint, and (2) "proof of the facts constituting the claim, the default, and the amount due . . . by affidavit made by the party" (see CPLR § 3215 [f]; see also

156383/2024  INFINITY AUTO INSURANCE COMPANY vs. CHALEN-HERNANDEZ, VICTOR ET AL
Motion No.  001

Page 2 of 6

2 of 6

[* 2]

<u>Woodson v Mendon Leasing Corp.</u>, 100 NY2d 62, 70 [2003] [providing that "an applicant for a default judgment [must] file 'proof by affidavit made by the party of the facts constituting the claim'"]; <u>231st Riverdale LLC v 7 Star Home Furniture Inc.</u>, 198 AD3d 524, 525 [1st Dept 2021]; <u>Feffer v Malpeso</u>, 210 AD2d 60 [1st Dept 1994]).

Here, plaintiff demonstrates its entitlement to entry of a default judgment against defendants ACTIVE MOTION CHIROPRACTIC, PC, ADVANCED ORTHOPEDICS AND JOINT PRESERVATION PC, ANDREW HALL, MD, PLLC, BAKHRA SUPPLY INC, BEST CARE PHARMACY OF NEW YORK, INC, BIG APPLE DELIVERY SUPPLY CORP, CENTURION MIDTOWN ANESTHESIA PLLC, FOUR SQUARE PHYSICAL THERAPY, PC, FRESH POND PHARMACY, INC, FULTON STREET ACUPUNCTURE, PC, MED SUPPLY DELIVERY SERVICE, INC, ORTHO CHOICE INC, NIKOROS SUPPLY INC, PRANEVICIUS MEDICAL PC, RAFAEL YAAKOBOV FAMILY HEALTH NP INC, ROOSEVELT FAMILY CHIROPRACTIC, PC, STAND-UP MRI OF EAST ELMHURST, PC, SURGIMED CARE INC and VDR SERVICES INC. Plaintiff submits, among other things, the affirmations of service; the affirmation of additional mailing; the affidavit of Denise Winant, no-fault claim representative; the examination under oath appointment letters with corresponding affidavits of service; and an attorney affirmation (<u>see</u> CPLR § 3215 [f]; <u>see also</u> <u>Licurgo-Villar v Samouha</u>, 227 AD3d 619, 620 [1st Dept 2024]; <u>Guzetti v City of New York</u>, 32 AD3d 234 [1st Dept 2006]).

156383/2024   INFINITY AUTO INSURANCE COMPANY vs. CHALEN-HERNANDEZ, VICTOR ET AL
Motion No.  001

Page 3 of 6

3 of 6

[* 3]

However, plaintiff has not demonstrated its entitlement to entry of a default judgment against defendants VICTOR CHALEN-HERNANDEZ A/K/A VICTOR CHALEN and XIOMARA GARCIA. The affidavits of service pursuant to CPLR § 308 (4) are defective.

Accordingly, it is hereby

ORDERED that plaintiff's motion (seq. no. 001) for a default judgment against defendants ACTIVE MOTION CHIROPRACTIC, PC, ADVANCED ORTHOPEDICS AND JOINT PRESERVATION PC, ANDREW HALL, MD, PLLC, BAKHRA SUPPLY INC, BEST CARE PHARMACY OF NEW YORK, INC, BIG APPLE DELIVERY SUPPLY CORP, CENTURION MIDTOWN ANESTHESIA PLLC, FOUR SQUARE PHYSICAL THERAPY, PC, FRESH POND PHARMACY, INC, FULTON STREET ACUPUNCTURE, PC, MED SUPPLY DELIVERY SERVICE, INC, ORTHO CHOICE INC, NIKOROS SUPPLY INC, PRANEVICIUS MEDICAL PC, RAFAEL YAAKOBOV FAMILY HEALTH NP INC, ROOSEVELT FAMILY CHIROPRACTIC, PC, STAND-UP MRI OF EAST ELMHURST, PC, SURGIMED CARE INC and VDR SERVICES INC. is granted; it is further

ORDERED that the Clerk of Court is directed to enter judgment in favor of plaintiff INFINITY AUTO INSURANCE COMPANY and against defendants ACTIVE MOTION CHIROPRACTIC, PC, ADVANCED ORTHOPEDICS AND JOINT PRESERVATION PC, ANDREW HALL, MD, PLLC, BAKHRA SUPPLY INC., BEST CARE PHARMACY OF NEW YORK, INC, BIG APPLE DELIVERY SUPPLY CORP, CENTURION MIDTOWN ANESTHESIA PLLC, FOUR SQUARE PHYSICAL THERAPY, PC, FRESH POND PHARMACY, INC,

156383/2024   INFINITY AUTO INSURANCE COMPANY vs. CHALEN-HERNANDEZ, VICTOR ET AL
Motion No.  001

Page 4 of 6

4 of 6

[* 4]

FULTON STREET ACUPUNCTURE, PC, MED SUPPLY DELIVERY SERVICE, INC, ORTHO CHOICE INC, NIKOROS SUPPLY INC, PRANEVICIUS MEDICAL PC, RAFAEL YAAKOBOV FAMILY HEALTH NP INC, ROOSEVELT FAMILY CHIROPRACTIC, PC, STAND-UP MRI OF EAST ELMHURST, PC, SURGIMED CARE INC and VDR SERVICES INC.; it is further

ORDERED and ADJUDGED that plaintiff INFINITY AUTO INSURANCE COMPANY is not obligated to honor or pay any current or future claims from defendants ACTIVE MOTION CHIROPRACTIC, PC, ADVANCED ORTHOPEDICS AND JOINT PRESERVATION PC, ANDREW HALL, MD, PLLC, BAKHRA SUPPLY INC, BEST CARE PHARMACY OF NEW YORK, INC, BIG APPLE DELIVERY SUPPLY CORP, CENTURION MIDTOWN ANESTHESIA PLLC, FOUR SQUARE PHYSICAL THERAPY, PC, FRESH POND PHARMACY, INC, FULTON STREET ACUPUNCTURE, PC, MED SUPPLY DELIVERY SERVICE, INC, ORTHO CHOICE INC, NIKOROS SUPPLY INC, PRANEVICIUS MEDICAL PC, RAFAEL YAAKOBOV FAMILY HEALTH NP INC, ROOSEVELT FAMILY CHIROPRACTIC, PC, STAND-UP MRI OF EAST ELMHURST, PC, SURGIMED CARE INC and VDR SERVICES INC. pursuant to claim number 23123895252; it is further

ORDERED that, within twenty days from the date of this decision and order, plaintiff shall serve a copy of this order, with notice of entry, on defendants ACTIVE MOTION CHIROPRACTIC, PC, ADVANCED ORTHOPEDICS AND JOINT PRESERVATION PC, ANDREW HALL, MD, PLLC, BAKHRA SUPPLY INC, BEST CARE PHARMACY OF NEW YORK, INC, BIG APPLE DELIVERY SUPPLY CORP, CENTURION MIDTOWN

156383/2024   INFINITY AUTO INSURANCE COMPANY vs. CHALEN-HERNANDEZ, VICTOR ET AL
Motion No. 001

Page 5 of 6

5 of 6

ANESTHESIA PLLC, FOUR SQUARE PHYSICAL THERAPY, PC, FRESH POND PHARMACY, INC, FULTON STREET ACUPUNCTURE, PC, MED SUPPLY DELIVERY SERVICE, INC, ORTHO CHOICE INC, NIKOROS SUPPLY INC, PRANEVICIUS MEDICAL PC, RAFAEL YAAKOBOV FAMILY HEALTH NP INC, ROOSEVELT FAMILY CHIROPRACTIC, PC, STAND-UP MRI OF EAST ELMHURST, PC, SURGIMED CARE INC and VDR SERVICES INC., as well as on the Clerk of the Court, who shall enter judgment accordingly; it is further

ORDERED that plaintiff's motion (seq. no. 001) for a default judgment against defendants VICTOR CHALEN-HERNANDEZ A/K/A VICTOR CHALEN and XIOMARA GARCIA is denied, without prejudice; and it is further

ORDERED that the Clerk of Court shall mark the file accordingly.

| | |
|---|---|
| **3/16/2026** | ~~Emily Morales Minerva~~ (signature) |
| DATE | EMILY MORALES-MINERVA, J.S.C. |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED   ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

156383/2024   INFINITY AUTO INSURANCE COMPANY vs. CHALEN-HERNANDEZ, VICTOR ET AL          Page 6 of 6
Motion No. 001

6 of 6

[* 6]